JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN SCHULTZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>    Acting Commissioner<br>    of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-00933-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to October 21, 2015, for filing of Plaintiff's Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that she is in the process of resolving.

**Schultz v. Colvin**                                                                                                **Stipulation and ~~Proposed~~ Order**
**E.D. Cal. 2:15-cv-00933-EFB**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                       Respectfully submitted,

Date:  September 17, 2015        JACQUELINE A. FORSLUND
                                          Attorney at Law


                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date:  September 17, 2015        BENJAMIN B. WAGNER
                                          United States Attorney
                                          DEBORAH STACHEL
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration


                                        */s/\*Tina Renee Saladino*
                                        TINA RENEE SALADINO
                                          Special Assistant United States Attorney
                                          *By email authorization

                                        Attorney for Defendant


                                        <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  September 21, 2015.       _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE