UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN SCHULTZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:15-cv-933-EFB<br><br><br>ORDER |

On December 28, 2016, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. ECF No. 21. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, it is hereby ORDERED that, on or before February 15, 2017, defendant shall file either (1) a stipulation and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's motion.

DATED: January 23, 2017.

　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE